UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF PUERTO RICO

IN Re:

ERIC DAVID VIDAL CRUZ                    Case No. 20-04750-EAG

XXX-XX-1050                              CHAPTER 13


        DEBTOR (S)


                **TRUSTEE'S POSITION AS TO DEBTOR'S REQUEST
                         TO RETAIN 2021 TAX REFUND**

**TO THE HONORABLE COURT:**

**NOW COMES** José R. Carrión, Chapter 13 Trustee through the undersigned attorney, and very respectfully alleges and informs

1. Debtors are requesting to retain their 2021 tax refund of $5,003.00 to cover some unexpected expenses. Docket #25
2. After reviewing debtor's income and expenses listed in the schedules, the Trustee has no opposition that the debtor retains $4,938.17 from the tax refund received of year 2021. Nevertheless the amount of $64.83 shall be paid to the Chapter 13 Trustee. Subsequent tax refunds should be devoted to the plan to maximize the repayment to creditors.

WHEREFORE, the Trustee respectfully requests this Honorable Court that it takes note of the above, and for such other and further relief as provided by law.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee certifies that a copy

---

of this motion has been served by regular US Mail on this same date to: the DEBTOR(s) and her/his/their attorney and all Creditors and Parties in Interest to their respective address of record as they appear in the attached master address list to the address of record, if not an ECFS register user.

In San Juan, Puerto Rico this, August 25, 2022.

/s/ Mayra Arguelles -Staff Attorney
Jose R. Carrion
Chapter 13 Trustee
Box 9023884
San Juan, PR 00902
Tel.(787)977-3535
Fax (787)977-3550

| | |
|---|---|
| JOSE R. CARRION<br>PO BOX 9023884, OLD SAN JUAN STATION<br>SAN JUAN, PR 00902 | MARIA DE LOS ANGELES GONZALEZ, ESQ.<br>US POST OFFICE & COURTHOUSE<br>300 RECINTO SUR ST., SUITE 109<br>OLD SAN JUAN, PR 00901 |
| ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 | DEPARTMENT OF TREASURY<br>PO BOX 9024140<br>SAN JUAN, PR 00902 |
| UNEMPLOYMENT INSURANCE<br>PUERTO RICO DEPT OF LABOR<br>12 FLOOR 505 MUNOZ RIVERA AVE.<br>SAN JUAN, PR 00918 | ERIC DAVID VIDAL CRUZ<br>SECTOR INOCENCIA CRUZ<br>21403 GUAVATE WARD<br>CAYEY, PR 00736-9407 |
| ASOCIACION EMPLEADOS DEL ELA<br>PO BOX 364508<br>SAN JUAN, PR 00936-4508 | ROBERTO FIGUEROA CARRASQUILLO*<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |
| CRIM<br>PO BOX 195387<br>SAN JUAN, PR 00919-5387 | BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICING DEPARTMENT<br>PO BOX 362708<br>SAN JUAN,, PR 00936-2708 |
| FIRST BANK OF PR<br>PO BOX 9146<br>SAN JUAN, PR 00908-0146 | DEPARTMENT OF TREASURY<br>SPECIAL CONTRIBUTION UNSECURRED<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN, PR 00936 | DEPARTMENT OF TREASURY<br>SPECIAL CONTRIBUTION SECURRED<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>G.P.O. BOX 36-6818<br>SAN JUAN, PR 00936 | BANCO SANTANDER DE PR<br>PO BOX 326589<br>SAN JUAN,, PR 00936-2589 |
| BANCO POPULAR DE PUERTO RICO<br>MORTGAGE SERVICE DEPT 762<br>PO BOX 362708<br>SAN JUAN, PR 00936-2708 | ERIC DAVID VIDAL CRUZ<br>SECTOR INOCENCIA CRUZ<br>21403 GUAVATE WARD<br>CAYEY, PR 00736-9407 |
| CUERPO DE BOMBEROS DE PR<br>ATTN DEPT DE NOMINAS<br>PO BOX 13325<br>SAN JUAN, PR 00908 | ,   00000 |
| EASTERN AMERICA INSURANCE COMPANY<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | |