IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 20-04750-EAG13 |
|---|---|
| ERIC DAVID VIDAL CRUZ | Chapter 13 |
| xx-xx-1050 | |
| Debtor(s) | FILED & ENTERED ON AUG/29/2022 |

ORDER

The motion filed by the debtor requesting authorization to use funds from 2021 tax refund (docket #25) is hereby granted as unopposed.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 29 day of August, 2022.

Edward A. Godoy
United States Bankruptcy Judge