```
                    UNITED STATES BANKRUPTCY COURT
                       DISTRICT OF PUERTO RICO
```

| | |
|---|---|
| IN Re:<br><br>ERIC DAVID VIDAL CRUZ<br><br>XXX-XX-1050<br><br>         DEBTOR (S) | CASE NO.20-04750-EAG<br><br><br>CHAPTER 13 |

### NOTICE OF PLAN BASE INCREASE

TO THE HONORABLE COURT:

    NOW COMES José R. Carrión, Chapter 13 Trustee, and very respectfully alleges and prays:

    1. On February 11, 2021 the Chapter 13 plan dated January 14, 2021 was confirmed/approved. The current plan base is $29,122.00, (Dkt.15,21).

    2. The above mentioned plan provides that any <u>post-petition tax refund</u> that the debtor(s) would be entitled to receive during the term of the plan would be used to fund the plan. It also provides that after confirmation, and without further notice, hearing or Court order the plan shall be deemed modified by increment(s) to its Base, in an amount equal to the amount of each amount received as tax refund.

    3. According to the above described terms of the plan the Trustee hereby inform that the income tax refund for tax year 2021 in the amount of $64.83 has been received and applied to increase the confirmed plan Base to $29,186.83.

    **WHEREFORE** the Trustee respectfully prays that above referred

information be acknowledged.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sent a notification TO all CM/ECF participants, including Debtor's attorney.

In San Juan, Puerto Rico this, September 14, 2022.

/s/ Jose R. Carrion
Jose R. Carrion
Chapter 13 Trustee
PO Box 9023884
San Juan, PR 00902
Tel.(787)977-3535