## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 20-04750/EAG |
|---|---|
| ERIC DAVID VIDAL CRUZ | CHAPTER 13 |
| DEBTOR | |

### DEBTOR'S MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM GOVERNMENT SPECIAL BONUS

TO THE HONORABLE COURT:

**NOW COMES, ERIC DAVID VIDAL CRUZ,** the Debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. On December 8, 2020, the Debtor filed for protection under Chapter 13 of the Bankruptcy Code, 11 U.S.C. §§1301 et seq.

2. The Debtor has been employed for the last 25 year as an fireman with the Puerto Rico Fire Department.

3. On December 1, 2022 the Debtor received the proceeds from a Puerto Rico Government "special bonus" in the total amount of $2,521.24. Attached is copy of pay-stub received by Debtor as evidence of having received of said bonus.

4. The Debtor respectfully submits to the Court that he needs to use these funds from the "special bonus" to pay for the following "reasonable and necessary" expense: car repair and house repairs expenses. Attached is copy of estimates/invoices for these expenses.

5. It is to be noted that the above stated extraordinary expenses are not considered in Debtor's scheduled budget. See: *Schedules I & J*, Docket No. 24.

6. The Debtor needs to use the funds from the Puerto Rico Government "special bonus" proceeds to pay for these "reasonable and necessary" expenses. Furthermore, the

Debtor is living within a very "tight" budget which barely covers his living expenses and a Plan payment of $480.00.

7. Based on the above stated, the Debtor respectfully requests this Court to Order the authorization of the use of these funds to allow the Debtor to pay for the above mentioned "necessary and reasonable" expenses.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully request that this Honorable Court grant the foregoing motion and allow the use of the funds from the Puerto Rico Government "special bonus" proceeds to pay for the above stated expenses, in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to Debtor to his address of record.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th day of December 2022.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699/787-963-7699
Email: rfc@rfigueroalaw.com

| 045 Dept. de Seguridad Publica | | Grupo de Pago: | SM -Quincenal | Aviso #: | 4805933 |
|---|---|---|---|---|---|
| 235 AVE ARTERIAL HOSTOS | | Desde: | 12/02/2022 | Fecha Aviso: | 12/01/2022 |
| CAPITAL CENTER TORRE NORTE SUITE103 | | Hasta: | 12/02/2022 | | |
| HATO REY, PR 00918 | | | | | |

| ERIC D. VIDAL CRUZ | # Empleado: | 1050 | DATA IMP: | Federal | PR |
|---|---|---|---|---|---|
| CARR. 184 KM. 31.6 | Dept: | 0450424190-Neg Ext Distrito Caguas | Estado Civil: | Single | Married |
| BO. GUAVATE | Lugar: | Parque De Cayey | Concesiones: | 0 | 2 |
| CAYEY, PR 00736 | Titulo: | Bombero | Pct. Adcl.: | | |
| SS: 1050 | Sueldo: | $3,073.00 Monthly | Cant. Adcl.: | | 22.47 |

### HORAS E INGRESOS

| Descripcion | Sueldo | Corriente Horas | Ingresos | Acumulado Horas | Ingresos |
|---|---|---|---|---|---|
| Bonificaciones | | | 2,954.00 | | 2,954.00 |
| Bono de Navidad | | | 0.00 | | 600.00 |
| Pago de Salarios Regulares | | | 0.00 | 1,904.00 | 29,740.50 |
| Pago Retroactivo Regular | | | 0.00 | | 312.50 |
| Total: | | | 2,954.00 | 1,904.00 | 33,607.00 |

### IMPUESTOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| Fed FICA Med Hospital Ins / EE | 42.83 | 487.30 |
| Fed OASDI/Disability - EE | 183.14 | 2,083.63 |
| PR Withholding | 206.78 | 1,164.73 |
| Total: | 432.75 | 3,735.66 |

### DEDUCCIONES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| GPR Plan Aport. Definidas | 0.00 | 2,527.92 |
| GPR Plan Aport. Definidas | 0.00 | 26.56 |
| Total: | 0.00 | 2,554.48 |

### DEDUCCIONES GENERALES

| Descripcion | Corriente | Acumulado |
|---|---|---|
| SI-Seg Incap. Obligatorio | 0.00 | 71.09 |
| SM-First Medical Health Plan | 0.00 | 1,606.00 |
| DM-GOB SEG SOC CHOFERES | 0.00 | 23.98 |
| OS-SINDICATO BOMBEROS UNIDOS | 0.00 | 220.00 |
| Ahorros-AEELA | 0.00 | 901.64 |
| Total: | 0.00 | 2,822.71 |

### BENEFICIOS PATRONALES PAGADOS

| Descripcion | Corriente | Acumulado |
|---|---|---|
| FSED Disability Plan | 115.21 | 1,310.70 |
| SM-First Medical Health Plan | 0.00 | 2,200.00 |
| * Tributable | | |

| | TOTAL BRUTO | BRUTO TRIBUT. FED | TOTAL IMPUESTOS | DEDUCCIONES TOTALES | PAGA NETA |
|---|---|---|---|---|---|
| Corriente: | 2,954.00 | 0.00 | 432.75 | 0.00 | 2,521.25 |
| Acumulado: | 33,607.00 | 0.00 | 3,735.66 | 5,377.19 | 24,494.15 |

| Vacacion | Horas | Enfermedad | Horas | Tiempo Comp. | Horas |
|---|---|---|---|---|---|
| Balance Previo: | 0.00 | Balance Previo: | 0.00 | Balance Previo: | 0.00 |
| + Acumulado: | 0.00 | + Acumulado: | 0.00 | + Acumulado: | 0.00 |
| - Utilizado: | 0.00 | - Utilizado: | 0.00 | - Utilizado: | 0.00 |
| Balance Final: | 0.00 | Balance Final: | 0.00 | Balance Final: | 0.00 |

### DISTRIBUCION PAGA NETA

| | |
|---|---|
| Aviso #4805933 | 2,521.25 |
| Total: | 2,521.25 |

Los balances de licencias corresponden al periodo de:

**MENSAJE:**

**Dept. de Seguridad Publica**
235 AVE ARTERIAL HOSTOS
CAPITAL CENTER TORRE NORTE SUITE103
HATO REY, PR 00918

Fecha
12/01/2022

Aviso No.
4805933

**Cant. Deposito:** $2,521.25

A la
Cuenta(s) De

**ERIC D. VIDAL CRUZ**
CARR. 184 KM. 31.6
BO. GUAVATE
CAYEY, PR 00736
Localizacion: Parque De Cayey

### DISTRIBUCION DE DEPOSITO DIRECTO

| Tipo de Cuenta | Numero de Cuenta | Cant. Deposito |
|---|---|---|
| Savings | XXXXXXXXXXXXXX | 2,521.25 |
| Total: | | 2,521.25 |

## NO-NEGOCIABLE

CAGUAS COMMERCIAL LAS VILLAS
P. O. BOX 5867
CAGUAS, PR 00726
CARR 172, KM. 26.4
PHONE: (787) 744-9700

3 DIAS PARA CAMBIO CON SU RECIBO-COMPRA
NO DEVOLUCION DE DINERO EN MERCANCIA

PAGE NO: 1

CUSTOMER NO: *5
JOB NO: 000
PURCHASE ORDER:
REFERENCE:
DELIVERY ADDRESS:

CUSTOMER: **** CASH ****

DATE / TIME: 12/12/22  8:59
TERMINAL: 590
CREATED BY: CECI

SALESPERSON: 41  JOSE ENCO
TAX: PR6 TOTAL IVU

sellado techo

# ESTIMATE: 575600

EXPIRATION DATE: 12/13/22

| LN# | QUANTITY | UM | SKU | DESCRIPTION | SUGG | UNITS | PRICE | /PER | EXTENSION |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 7 | EA | RS102-2 | 6600 CROSSCO PL AZUL URETHANE<br>*<br>* * * Delivery Instructions * * *<br>*<br>SE COBRARA UN CARGO DE $25.00 POR CADA CHEQUE DEVUELTO | 159.99 | 7 | 124.99 | /EA | 874.93 S |

TAXABLE 874.93
NON-TAXABLE 0.00
SUB-TOTAL 874.93

TAX AMOUNT 100.62
**TOTAL AMOUNT 975.55**

X _____
ACCEPTED BY

# TALLER COLON INC.

TEL 747-6824
CAGUAS, PR 00725

# Estimate

| Date | Estimate # |
|---|---|
| 12/9/2022 | 3711 |

**Name / Address**

ERIC VIDAL
787-478-4095

| AÑO/MARCA | MODELO | TABLILLA |
|---|---|---|
| TOYOTA | COROLLA | VERDE |

| Description | Qty | Cost | Total |
|---|---|---|---|
| REEMBOLSO DE COSTO DE PIEZAS | | | 0.00 |
| BANNER KIT | 1 | 179.00 | 179.00 |
| CONVERTIDOR | 1 | 140.00 | 140.00 |
| ACEITE DE TRANSMISION | 9 | 8.00 | 72.00 |
| FILTRO | 1 | 8.00 | 8.00 |
| BANDA | 1 | 19.00 | 19.00 |
| DIFERENCIAL | 1 | 145.00 | 145.00 |
| SUBTOTAL | | | 563.00 |
| LABOR DE REPARACION DE TRANSMISION AUTOMATICA | 1 | 850.00 | 850.00 |
| IMPUESTO MUNICIPAL | | 1.00% | 8.50 |
| IMPUESTO ESTATAL DE 10.5% | | 10.50% | 89.25 |

1 AÑO DE GARANTIA EN LABOR DE REPARACION DE TRANSMISION Y CONVERTIDOR

PIEZAS DURAS Y ELECTRICAS NO TIENEN GARANTIA

TECNICO MECANICO AUTOMOTRZ # M.A. 05692

**Total** $1,510.75

ESTIMADO VALIDO POR UN PERIODO MAXIMO DE 30 DIAS A PARTIR DE LA FECHA DE ESTE DOCUMENTO.

Signature