IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

ERIC DAVID VIDAL CRUZ

xx-xx-1050

Debtor(s)

CASE NO. 20-04750-EAG13
Chapter 13

FILED & ENTERED ON JAN/03/2023

ORDER

The Chapter 13 Trustee's motion requesting entry of order to inform (docket #31) is moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 3 day of January, 2023.

Edward A. Godoy
United States Bankruptcy Judge